EXHIBIT "A"



# ANDREU, PALMA, LAVIN & SOLIS, PLLC

Carla Harvasty
1695 Judith Dr
Kissimmee FL 34758-2022

**ACCOUNT DETAILS:**

Firm File Number:
2102002413

Original Creditor:
Citibank, N.A./The Home Depot

Original Creditor Account Number:
XXXXXXXXXXXX5517

Current Creditor:
CAVALRY SPV I, LLC, AS ASSIGNEE OF CITIBANK, N.A.

Balance Due:
$2,273.93

## DEMAND LETTER          DATE: July 14, 2021

Dear **Carla Harvasty,**

Please be advised that our law firm represents **CAVALRY SPV I, LLC, AS ASSIGNEE OF CITIBANK, N.A.** who has purchased your account, previously with **Citibank, N.A./The Home Depot**. Our client has placed your account with our office to collect your past due balance of **$2,273.93**.

Unless you dispute the validity of this debt, or any portion thereof within 30 days of receipt of this notice, we will assume that the debt is valid. If you notify us in writing within the 30-day period, that the debt or any portion thereof, is disputed, we will obtain and then mail you verification of the debt or a copy of a judgment, if one has been entered. If you request in writing within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

All payments are to be mailed to this office. Make any check payable to **Andreu, Palma, Lavin & Solis Trust Account**. Our firm's file number **(2102002413)** should be included on all checks and correspondence to ensure proper handling and credit to the above referenced account.

**ATTORNEYS:**

Juan G. Andreu, Esq.
*Licensed in FL
Sharon Walker, Esq.
*Licensed in FL & GA
Giancarlo Olano-Lavergne, Esq.
*Licensed in FL & PR
Kristina Moehle, Esq.
*Licensed in FL, NJ & NY
Connell A. Loftus, Esq.
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESS:**
887 DONALD ROSS RD
JUNO BEACH, FL 33408
p. (877) 229-5972
f. (800) 391-2178

email:
HELP@AndreuPalma.com

**Agents of the firm speak English and Spanish

Feel free to contact our Law Firm to discuss the account:



(877) 229-5972



A+ Rated / BBB Accredited Business

IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL
SEND AN EMAIL TO HELP@andreupalma.com

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.