**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No.: 6:21-cv-01353-WWB-DCI

CARLA HARVASTY,

    Plaintiff,

v.

ANDREU, PALMA, LAVIN & SOLIS, PLLC,

    Defendant.

_____/

**JOINT NOTICE OF SCHEDULING MEDIATION**

Plaintiff Carla Harvasty and Andreu, Palma, Lavin & Solis, PLLC (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of Barbara Locke, to mediate this matter. Mediation will be conducted via Zoom and/or other remote means at 10:00 A.M. on January 16, 2023.

DATED:   October 19, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ John Michael Marees, II |
| **JIBRAEL S. HINDI, ESQ.** | **JOHN MICHAEL MAREES, II, ESQ.** |
| Florida Bar No.: 118259 | Messer Strickler, Ltd. |
| E-mail:jibrael@jibraellaw.com | 12276 San Jose Blvd Ste 718 |
| **THOMAS J. PATTI, ESQ.** | Jacksonville, FL 32223-8674 |
| Florida Bar No.: 118377 | Phone: (904) 527-1172 |
| E-mail:tom@jibraellaw.com | Email: jmarees@messerstrickler.com |
| The Law Offices of Jibrael S. Hindi | |
| 110 SE 6th Street, Suite 1744 | |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:   855-529-9540 | *COUNSEL FOR DEFENSE* |
| *COUNSEL FOR PLAINTIFF* | |